# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

A&J MANUFACTURING, LLC, a
Georgia Limited Liability
Company,

    Plaintiff,

        v.

ACADEMY, LTD., a Texas Limited
Partnership, THE KINGSFORD
PRODUCTS COMPANY, LLC, a
Delaware Limited Liability
Company, and RANKAM METAL
PRODUCTS MANUFACTORY LTD.,
USA, a Delaware Corporation,

    Defendants.

CV 217-23

U. S. DISTRICT COURT
Southern District of GA
Filed In Office

_____M

20 17

**Deputy Clerk**

## ORDER

    Plaintiff has notified the Court that it is dismissing without prejudice all of its claims against Defendants in this action. Dkt. No. 19. Because Defendants have not yet filed an answer to Plaintiff's complaint, Plaintiff is permitted to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants are in all respects dismissed without prejudice. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED**, this _6_ day of September, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA